CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YAHEYA MAIMAITIMIN,

               Plaintiff,

    v.

MARKWAYNE MULLIN[1], Secretary,
Department of Homeland Security, *et al*.,

               Defendants.

Case No. 3:26-cv-00307 CRB

**STIPULATION TO STAY PROCEEDINGS; [PROPOSED] ORDER**

The parties hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until July 12, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary. Plaintiff filed this action seeking adjudication of his Form I-589, Application for Asylum and Withholding of Removal. Dkt. No. 1. United States Citizenship and Immigration Services plans to schedule Plaintiff an interview on his Form I-589.

Accordingly, the parties stipulate and request that the proceedings in this case be stayed until July 12, 2026, at which time the parties will file a joint status report with the Court. At that time, the

---

[1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation to Stay
C 3:26-cv-00307 CRB               1

parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: April 13, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney

/s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants

Dated: April 13, 2026

/s/ Mohammad A. Saleem
MOHAMMAD A. SALEEM
Davis Ndanusa Ikhlas & Saleem LLP
*Pro Hac Vice*

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until July 12, 2026.

Date: April 20, 2026

CHARLES R. BREYER
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation to Stay
C 3:26-cv-00307 CRB                                2