CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
Molly.Friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

YAHEYA MAIMAITIMIN,

                    Plaintiff,

        v.

MARKWAYNE MULLIN[1], Secretary,
Department of Homeland Security, *et al*.,

                    Defendants.

Case No. 3:26-cv-00307 CRB

**JOINT STATUS REPORT AND STIPULATION TO CONTINUE THE STAY OF PROCEEDINGS; [PROPOSED ORDER]**

        The parties submit this joint status report regarding Plaintiff's Form I-589, Application for Asylum and Withholding of Removal. On April 20, 2026, the Court granted the parties' request to stay proceedings. Dkt. No. 16. United States Citizenship and Immigration ("USCIS") interviewed Plaintiff on May 5, 2026. Following the interview, USCIS scheduled Plaintiff for a re-interview for August 11, 2026.

        Accordingly, the parties stipulate and request that the proceedings in this case be stayed until October 13, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if

        [1] Markwayne Mullin is automatically substituted as the defendant in this matter in accordance with Federal Rule of Civil Procedure 25(d).

Stipulation
C 3:26-cv-00307 CRB                                1

appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: July 13, 2026

Respectfully submitted,[2]

CRAIG H. MISSAKIAN
United States Attorney


 /s/ Molly A. Friend
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendants


Dated: July 13, 2026

/s/ Mohammad A. Saleem
MOHAMMAD A. SALEEM
Davis Ndanusa Ikhlas & Saleem LLP
*Pro Hac Vice*


### [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.  The case is stayed until October 13, 2026.

Date:  July 14, 2026

_____
CHARLES R. BREYER
United States District Judge

---

[2] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

Stipulation
C 3:26-cv-00307 CRB                    2